**Order entered June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00073-CV

### ESTATE OF DAVID ANTHONY TOARMINA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2655-2**

## ORDER

By orders dated April 30, 2015 and May 22, 2015, we directed Joie Rivera, Official Court Reporter for Probate Court No. 2, to file a supplemental reporter's record containing defendant's exhibits 29 and 30 as reflected in the parties' April 16, 2015 agreed correction of record. *See* TEX. R. APP. P. 34.6(d). To date, however, the record has not been filed. Accordingly, we again **ORDER** Ms. Rivera to file the supplemental reporter's record. The record shall be filed no later than June 23, 2015. A copy of the parties' agreed correction of the record is attached for Ms. Rivera's convenience. *We caution Ms. Rivera that failure to comply may result in an order that she not sit as a court reporter until the requested record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Chris Wilmoth, Presiding Judge of Probate Court No. 2, Ms. Rivera, and counsel for the parties.

/s/     CRAIG STODDART
        JUSTICE